**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00157-LTB

HARITHARAN MAHALINGAM,

Plaintiff,

v.

COLORADO STATE UNIVERSITY,

Defendant.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on February 24, 2025, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, February 24, 2025.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/C. Madrid
Deputy Clerk